# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     JEFFREY W. WARD
              Debtor(s)
           JACK N. ZAHAROPOULOS           CHAPTER 13
           CHAPTER 13 TRUSTEE
              Movant
           vs.                                            CASE NO: 5-21-00268-MJC
           JEFFREY W. WARD
              Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on August 6, 2021, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. A Plan was filed on February 10, 2021.

2. A hearing was held and an Order was entered on June 3, 2021 directing that an amended plan be filed within Thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

                                                       Respectfully submitted,

                                                       s/    Agatha R. McHale, Esq.
                                                       Id:   47613
                                                       Attorney for Trustee
                                                       Jack N. Zaharopoulos
                                                       Standing Chapter 13 Trustee
                                                       Ste. A, 8125 Adams Drive
                                                       Hummelstown, PA    17036
                                                       Ph.   717-566-6097
                                                       Fax. 717-566-8313
                                                       eMail: amchale@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: JEFFREY W. WARD

        Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
        Movant

CASE NO: 5-21-00268-MJC

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

U.S. Bankruptcy Court
Max Rosenn U.S. Courthouse
Courtroom #2
197 S. Main Street
Wilkes Barre, PA

Date: September 1, 2021

Time: 09:30 AM

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone: (717) 566-6097
Email: info@pamd13trustee.com

Dated: August 6, 2021

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JEFFREY W. WARD

                Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE                  CHAPTER 13
                Movant

JEFFREY W. WARD

                                                            CASE NO: 5-21-00268-MJC

              Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 6, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| JOHN J. MARTIN, ESQUIRE<br>1022 COURT STREET<br>HONESDALE, PA 18431- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | Served electronically |
| JEFFREY W. WARD<br>1065 LAKESHORE DRIVE<br>LAKE ARIEL, PA 18436 | Served by 1st Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date: August 6, 2021                                   Respectfully,
                                                                    Vickie Williams
                                                                       for Jack N. Zaharopoulos, Trustee
                                                                      Suite A, 8125 Adams Dr.
                                                                      Hummelstown, PA 17036
                                                                      Phone: (717) 566-6097
                                                                      eMail: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  JEFFREY W. WARD

|  |  |
|---|---|
| Debtor(s) | CHAPTER 13 |
| JACK N. ZAHAROPOULOS | |
| CHAPTER 13 TRUSTEE | |
| Movant | |
| JEFFREY W. WARD | CASE NO: 5-21-00268-MJC |
| Respondent(s) | |

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.