# AFFIDAVIT

I, Jeffrey W. Ward, do hereby certify and affirm that I am not required to file income tax returns, as I have no income to report as I am injured and cannot work and have applied for disability.

_____  _____8-19-21_____
Jeffrey W. Ward                                          Date