UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JEFFREY W. WARD : CHAPTER 13
       Debtor(s) :
        :
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
       Movant :
        :
       vs. :
        :
JEFFREY W. WARD :
       Respondent(s) : CASE NO. 5-21-bk-00268

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this 23rd day of August, 2021, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about August 20, 2021 be withdrawn as all issues have been resolved.

       Respectfully submitted:

       /s/Jack N. Zaharopoulos
       Standing Chapter 13 Trustee
       8125 Adams Drive, Suite A
       Hummelstown, PA 17036
       (717) 566-6097

## CERTIFICATE OF SERVICE

AND NOW, this 23rd day of August, 2021, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

John Martin, Esquire
1022 Court Street
Honesdale, PA 18431

       /s/Deborah A. Behney
       Office of Jack N. Zaharopoulos
       Standing Chapter 13 Trustee