# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA
# WILKES-BARRE DIVISION

In Re:

Jeffrey W. Ward

Debtor(s)

Case No.: 5:21-bk-00268-MJC

Chapter 13

## NOTICE OF CREDITOR'S ADDRESS CHANGE

PLEASE TAKE NOTICE that the address of the Wells Fargo Bank, N.A., as Trustee, c/o Carrington Mortgage Services LLC (Secured Creditor) (Claim No. 1) has changed for both notices and payments.

The old address was:

    Carrington Mortgage Services, LLC

    1600 S. Douglass Road, Suites 110 & 200-A

    Anaheim, CA 92806

The new address is:

    Carrington Mortgage Services, LLC

    500 N. State College Blvd., Suites 1030, 1300 and 1400

    Orange, CA 92868

Please update your records accordingly.

Dated: 1/30/2026

**Liepold Harrison & Associates PLLC**

/s/ Tawakoni Hill
Tawakoni Hill
370 W. Las Colinas Blvd., Ste. 220
Irving, TX 75039
e. PCNinquiries@lha-law.com
Authorized Representative of Secured Creditor