**Fill in this information to identify the case:**

Debtor 1    JEFFREY W. WARD

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   MIDDLE    District of   PA
                                                    (State)

Case number   21-00268

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made      12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

### Part 1:   Mortgage Information

**Name of claim holder:**    CARRINGTON MORTGAGE SERVICES

**Court claim no.** (if known):
1

**Last 4 digits** of any number you use to identify the debtor's account:    7   6   2   9

**Property address:**      1065 LAKESHORE DRIVE
                                      Number      Street

                                       LAKE ARIEL,          PA      18436
                                         City                        State      ZIP Code

### Part 2:   Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: _____ (web address).

### Part 3:   Arrearages

| | Amount |
|---|---|
| a.   Allowed amount of prepetition arrearage: | $ 8,227.48 |
| b.   Total amount of prepetition arrearage disbursed by the trustee: | $ 8,227.48 |
| c.   Total amount of postpetition arrearage disbursed by the trustee: | $ |
| d.   Total amount of arrearages disbursed by the trustee: | $ 8,227.48 |

Case 5:21-bk-00268-MJC    Doc 49    Filed 05/27/26    Entered 05/27/26 06:46:29    Desc
Main Document      Page 1 of 5

## Part 4: Postpetition Payments

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other: _____

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ _____

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

## Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ _____

## Part 6: A Response Is Required by Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/Donna Schott, Funds Manager          Date   5 / 27 / 2026
    Signature

Trustee    Jack        N        Zaharopoulos
    First Name        Middle Name        Last Name

Address    8125 Adams Drive, Suite A
    Number        Street

    Hummelstown        PA        17036
    City        State        ZIP Code

Contact phone ( 717 ) 566 – 6097          Email info@pamd13trustee.com

Case 5:21-bk-00268-MJC   Doc 49   Filed 05/27/26   Entered 05/27/26 06:46:29   Desc
Main Document      Page 2 of 5

# Disbursements for Claim

**Case: 21-00268      JEFFREY W. WARD**

**CARRINGTON MORTGAGE SERVICES**
1600 S DOUGLASS ROAD

ANAHEIM, CA  92806-

Acct No: Lakeshore Dr - PRE-ARREARS

ARREARS - 91 LAKESHORE DRIVE  AMENDED 8/4/25

Sequence:  24
Modify:
Filed Date:
Hold Code:

|  | Debt: | $8,227.48 | Interest Paid: | $0.00 |
|---|---|---|---|---|
| Amt Sched: $87,949.00 |  |  | Accrued Int: | $0.00 |
| Amt Due: $0.00 | Paid: | $8,227.48 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **CARRINGTON MORTGAGE SERVICES** | | | | | | | |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 05/19/2026 | 9022259 | $101.59 | $0.00 | $101.59 | 05/19/2026 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 03/17/2026 | 9021977 | $310.59 | $0.00 | $310.59 | 03/17/2026 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 01/21/2026 | 9021687 | $310.59 | $0.00 | $310.59 | 01/21/2026 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 11/19/2025 | 9021382 | $318.01 | $0.00 | $318.01 | 11/19/2025 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 10/10/2025 | 9021228 | $162.72 | $0.00 | $162.72 | 10/10/2025 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 09/16/2025 | 9021078 | $105.12 | $0.00 | $105.12 | 09/16/2025 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 07/22/2025 | 9020762 | $328.17 | $0.00 | $328.17 | 07/22/2025 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 06/17/2025 | 9020594 | $156.60 | $0.00 | $156.60 | 06/17/2025 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 05/14/2025 | 9020421 | $156.60 | $0.00 | $156.60 | 05/14/2025 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 03/18/2025 | 9020100 | $156.60 | $0.00 | $156.60 | 03/18/2025 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 02/19/2025 | 9019936 | $313.19 | $0.00 | $313.19 | 02/19/2025 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 01/15/2025 | 9019769 | $156.60 | $0.00 | $156.60 | 01/15/2025 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 12/17/2024 | 9019600 | $156.60 | $0.00 | $156.60 | 12/17/2024 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 10/23/2024 | 9019273 | $313.20 | $0.00 | $313.20 | 10/23/2024 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 09/17/2024 | 9019098 | $156.59 | $0.00 | $156.59 | 09/17/2024 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 08/07/2024 | 9018928 | $156.60 | $0.00 | $156.60 | 08/07/2024 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 07/10/2024 | 9018770 | $156.60 | $0.00 | $156.60 | 07/10/2024 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 05/22/2024 | 9018427 | $156.60 | $0.00 | $156.60 | 05/22/2024 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 04/17/2024 | 9018247 | $313.19 | $0.00 | $313.19 | 04/17/2024 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 03/14/2024 | 9018065 | $156.60 | $0.00 | $156.60 | 03/14/2024 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 02/14/2024 | 9017887 | $156.60 | $0.00 | $156.60 | 02/14/2024 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 12/19/2023 | 9017565 | $156.59 | $0.00 | $156.59 | 12/19/2023 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 10/18/2023 | 9017220 | $313.20 | $0.00 | $313.20 | 10/18/2023 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 08/09/2023 | 9016845 | $329.54 | $0.00 | $329.54 | 08/09/2023 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 07/11/2023 | 9016664 | $659.07 | $0.00 | $659.07 | 07/11/2023 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 04/18/2023 | 2023604 | $316.60 | $0.00 | $316.60 | 04/26/2023 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 02/15/2023 | 2021599 | $316.60 | $0.00 | $316.60 | 02/22/2023 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 12/13/2022 | 2019629 | $316.60 | $0.00 | $316.60 | 12/19/2022 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 10/18/2022 | 2017592 | $316.61 | $0.00 | $316.61 | 10/24/2022 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 08/17/2022 | 2015499 | $333.96 | $0.00 | $333.96 | 08/23/2022 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 07/13/2022 | 2014470 | $310.81 | $0.00 | $310.81 | 07/19/2022 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 05/17/2022 | 2012437 | $310.81 | $0.00 | $310.81 | 05/23/2022 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 03/16/2022 | 2010364 | $155.41 | $0.00 | $155.41 | 03/22/2022 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 01/19/2022 | 2008390 | $92.72 | $0.00 | $92.72 | 01/25/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|-------|------|------|------|---------|-----------|---------------------|-------|------------|
| | | | Sub-totals: | | $8,227.48 | $0.00 | $8,227.48 | |
| | | | Grand Total: | | $8,227.48 | $0.00 | | |