**Fill in this information to identify the case:**

Debtor 1 _Jeffrey W. Ward_

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: _MIDDLE_ District of _Pennsylvania_
(State)

Case number _21-00268 MJC_

---

## Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made
**12/25**

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served. Rule 3002.1(g)(3).**

| Part 1: | Mortgage Information |
| --- | --- |

**Name of claim holder:** **Wells Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust, Series 2007-RFC1, Asset-Backed Pass-Through Certificates**

**Court claim no**. (if known):

_1_

**Last 4 digits** of any number you use to identify the debtor's account: 7629

**Property address:** **1065 Lake Shore Drive aka 91 Lake Shore Drive.**
Number        Street
**Lake Ariel    PA 18436**
City                          State        ZIP Code

| Part 2: | |
| --- | --- |

**Arrearages**

The total amount received to cure any arrearages as of the date of this response:     $ 8,227.48                      .

*Check all that apply:*

☒ The amount required to cure any prepetition arrearage has been paid in full.

☐ The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepetition arrearage remaining unpaid as of the date of this response:     $ _____ .

☐ The amount required to cure any postpetition arrearage has been paid in full.

☐ The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpetition arrearage remaining
unpaid as of the date of this response:     $ _____ .

(a) *Check all that apply:*

☒ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: __/ / __.

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

|  |  |  |
|---|---|---|
| i. | Date last payment was received on the mortgage: | 05 / 11 / 2026 |
| ii. | Date next postpetition payment from the debtor is due: | 06 / 01 / 2026 |
| iii. | Amount of the next postpetition payment that is due: | $ 726.25 |
| iv. | Unpaid principal balance of the loan: | $ 76,469.30 |
| v. | Additional amounts due for any deferred or accrued interest: | $ 482.36 |
| vi. | Balance of the escrow account: | $ 1,103.55 |
| vii. | Balance of unapplied funds or funds held in a suspense account: | $ 203.29 |
| viii. | Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: | $ 0.00 |

**Part 4**   **Itemized Payment History**

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

Case 5:21-bk-00268-MJC   Doc 50   Filed 06/10/26   Entered 06/10/26 08:48:10   Desc
Main Document   Page 2 of 12

## Part 5: Sign Here

The person completing this response must sign it. Check the appropriate box:

☐ I am the claim holder.

☒ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Matthew Fissel _____ Date June 8, 2026
        Signature

Name    Matthew Fissel_____
        First name      Middle name      Last name

Title   Attorney for Secured Creditor_____

Company KML Law Group, P.C._____
        Identify the corporate servicer as the company if the authorized agent is a servicer.

Address 701 Market Street, Suite, 5000_____
        Number          Street

        Philadelphia                    PA      19196

        City                            State   ZIP Code

Contact phone   (215) 627-1322_____          Email bkgroup@kmllawgroup.com_____

Case 5:21-bk-00268-MJC    Doc 50    Filed 06/10/26    Entered 06/10/26 08:48:10    Desc
Main Document      Page 3 of 12

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Jeffrey W. Ward

               **Debtor(s)**

Wells Fargo Bank, N.A., as Trustee for
Carrington Mortgage Loan Trust, Series
2007-RFC1, Asset-Backed Pass-Through
Certificates

               **Movant**

    **vs.**

Jeffrey W. Ward

               **Debtor(s)**

Jack N. Zaharopoulos,

               **Trustee**

**BK NO. 21-00268 MJC**

**Chapter 13**

**Related to Claim No. 1**

## CERTIFICATE OF SERVICE
## RESPONSE TO TRUSTEE'S NOTICE OF DISBURSEMENTS MADE

I, Matthew Fissel of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on June 10, 2026, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s) (via ECF)
Jeffrey W. Ward
1065 Lakeshore Drive
Lake Ariel, PA 18436

Attorney for Debtor(s) (via ECF)
John J. Martin,, Esq.
1022 Court Street
Honesdale, PA 18431

Trustee
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service:  electronic means or first-class mail

Dated: June 10, 2026

**/s/ Matthew Fissel**
Matthew Fissel
Attorney I.D. 314567
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mfissel@kmllawgroup.com



500 N State College Blvd, Ste 1030, 1300 and 1400
Orange, CA 92868
1-800-561-4567

Notice Date: 06/05/26

Loan Number:
FHA Case Number:
Mortgagor:     JEFFREY WARD
Co-Mortgagor:
Property:     1065 LAKE SHORE DR
LAKE ARIEL     PA 18436

## Payoff Quote

The total amount due to pay the loan in full is $76,809.12.  These figures are good through 06/30/26 subject to the conditions herein.  Funds received after 06/30/26 will require an additional $8.1183 interest per day.  This Payoff Quote shall be good and effective until 06/30/26, after which it will be void and you must obtain another Payoff Quote. This loan is due for the 06/01/26 payment.

### Breakdown of Amount Owed:

| | | | |
|---|---|---|---|
| Unpaid Principal Balance: | $76,469.30 | Recording Cost: | $60.75 |
| Interest at 3.87500% | $482.36 | Recon/Release Cost: | $ .00 |
| Principal & Interest Advance: | $ .00 | Other Unpaid Expenses[1]: | $ .00 |
| Escrow Shortage: | $ .00 | Late Charges: | $ .00 |
| PMI/MI Premium Due: | $ .00 | Prepayment Penalty: | $ .00 |
| Escrow Credit: | $- .00 | Deferred Pursuant to Loan Modification: | $ .00 |
| Suspense Balance: | $-203.29 | | |
| | | **TOTAL AMOUNT TO PAY LOAN IN FULL:** | **$76,809.12** |

### Where to Send Payoff Funds:

Please send payoff funds to CARRINGTON MORTGAGE SERVICES, LLC using one of the options listed below. Failure to send a wire transfer or certified funds to the address below may cause the payoff funds to be returned or rejected, which will result in the accrual of additional interest.

**Wire Transfer** (Fastest Option)
For same day processing, CARRINGTON must receive the full payoff amount before 2:00 PM EST. Include the following information with your wire transfer:

     JPMorgan Chase Bank, N.A.
     ABA
     Account
     Loan Number
     Customer Name
     Customer Property Address

**Certified Funds** (Cashier's Check or Money Order)
Make the check payable to CARRINGTON MORTGAGE SERVICES, LLC and include the Loan Number, Customer Name, Address, and indicate "Payoff Funds" on the check.

Please remit to the address below by Overnight or Regular Mail:
     CARRINGTON MORTGAGE SERVICES, LLC
     ATTENTION: CASHIERING
     500 N State College Blvd, Ste 1030, 1300 and 1400
     Orange, CA 92868

Should you have any questions regarding this payoff quote, please contact Customer Service at 1-800-561-4567, Monday to Friday from 8:00 AM to 9:00 PM, Eastern Time.

Payoff Department
CARRINGTON MORTGAGE SERVICES, LLC

---

[1]An itemization of the Other Unpaid Expenses will be listed on the following page(s) of this payoff quote.

# Important Payoff Information

**The following paragraph shall not apply to residents of Florida, except for mortgages for which a notice of pending legal action for foreclosure or a suggestion of bankruptcy has been filed and recorded for the subject property**:

We reserve the right, except where prohibited, to adjust the payoff amount to include all fees and costs incurred after the issuance of this Payoff Quote to ensure the loan is paid in full. The payoff amount is subject to our final verification once we receive the payoff funds, regardless of the "good through" date provided on page 1.

**Short Payoff:**

If the payoff funds received are less than the total amount ("short payoff") shown on the most recent payoff quote, the funds in the escrow balance may be used to cover the shortage amount. Written authorization from the customer is required to apply the positive escrow balance to the payoff amount. If the escrow balance is insufficient to pay off the total amount owed, we will return the short payoff funds and you will need to remit the total amount due shown on the most recent payoff quote or order a new quote if the payoff quote has expired. In addition, any and all accrued interest will be due at the time of payoff.

**Escrow:**

If your account is escrowed for real estate tax and property insurance premium items, we will continue to pay escrow items due from your escrow account as normally scheduled (up to the date payoff funds are received).

**Corrected Payoff Quote.** We reserve the right to send a corrected Payoff Quote if we determine any of the information provided in this Payoff Quote is incorrect or has changed.

**Credit Reporting:**

Please continue making your monthly payments until your loan has been paid in full. Payments received after the month in which they are due may result in negative credit bureau reporting (if applicable).

**AutoPay or 3rd Party Bill Payment Service:**

If you are enrolled in AutoPay and wish to cancel, you may do so by visiting the AutoPay page on our website www.carringtonmortgage.com or by calling us at 1-800-561-4567. Please cancel at least three (3) business days prior to the scheduled draft date or the payment will not be cancelled and will be drafted.

If you are making payments through a 3rd party bill payment service, you are responsible for contacting them directly to cancel your payments accordingly. Please work with your provider to ensure payments won't be automatically sent after your loan is paid in full.

**Note:** If you cancel your AutoPay or 3rd party bill payment service and do not pay your loan in full, you will need to make other arrangements for making your monthly payments going forward. To learn more about our payment options, please visit our website at www.carringtonmortgage.com.

**Late Charges:**

Issuance of this quote does not suspend the contract requirement to make the mortgage payments when due. A late charge of $0.00 will be assessed 15 days after a current payment is due.

**Notice to Successors in Interest:**

If you are a confirmed successor in interest, and you have not assumed the account or become obligated on the debt, this communication is for informational purposes only and not an attempt to collect a debt from you personally.

**Notice to Borrowers with Adjustable Rate Mortgages:**

The interest rate provided on the payoff quote represents the interest rate in effect on your account at the time the payoff quote was generated.

**Payoff Information for FHA/USDA/VA Subordinate Lien:**

➢ For FHA Loans: If a HUD partial claim (HUD PC) was completed on this loan, please contact HUD National Servicing center at 1-877-622-8525 to obtain a payoff quote for the HUD PC.

➢ For USDA Loans: If a mortgage recovery advance (MRA) was completed, please contact 1-800-793-8861 to obtain a payoff quote for the MRA.

➢ For VA loans: If a VA partial claim (VAPCP) was completed, please contact the VA Regional Loan Center at 1-877-827-3702 to obtain a payoff quote for the VAPCP.

**FHA-Insured Loan Payoff Procedure Disclosure:**

**Mortgages Insured on or after August 2, 1985, and Closed Before January 21, 2015**

You may prepay your mortgage at any time without penalty.  However, in order to avoid the accrual of interest on your loan after the date of prepayment, the prepayment must be received on the installment due date (generally the first day of the month). Otherwise, you may be required to pay interest on the amount pre-paid through the end of the month.

**Note:** Because your loan provides for the collection of interest through the end of the calendar month in which your prepayment is received, it is to your advantage to ensure that the prepayment reaches us as close to the end of the month as possible, but no later than the first work day of the following month.

**Mortgages Closed on or After January 21, 2015**

You may prepay your mortgage at any time without penalty. You will only be required to pay interest through the date the prepayment is made.

# FHA Homeowners Fact Sheet

**Who May Be Eligible for an FHA Refund or Share:**

**Premium Refund**: You may be eligible for a refund of a portion of paid FHA mortgage insurance premium if you:
- ➢ acquired your loan after September 1, 1983,
- ➢ paid an upfront mortgage insurance premium at closing, and
- ➢ did not default on your mortgage payments.

Review your settlement papers or check with your mortgage company to determine if you paid an upfront premium.

**Distributive Share**: You may be eligible for a share of any excess earnings from the Mutual Mortgage Insurance Fund if you:
- ➢ originated your loan before September 1, 1983,
- ➢ paid on your loan for more than seven years, and
- ➢ had your FHA insurance terminated before November 5, 1990.

**Exceptions**:
- ➢ Assumptions: When an FHA-insured loan is assumed, the insurance remains in force (the seller receives no refund). The owner(s) of the property at the time the insurance is terminated is entitled to any refund.
- ➢ FHA to FHA Refinances: When an FHA loan is refinanced, the refund from the old premium may be applied toward the up-front premium required for the new loan.
- ➢ Claim: When a mortgage company submits a claim to HUD for insurance benefits, no refund is due the homeowner.
- ➢ Statute of Limitations: HUD is not liable for a distributive share that remains unclaimed 6 years from the date notification was first sent to the last known address of the mortgagor.

  **Important:** The rules governing eligibility for premium refunds and distributive share payments are based on the financial status of the FHA insurance fund and are subject to change.

**How are Refunds Determined:**
- ➢ For any FHA-insured loans with a closing date prior to January 1, 2001, and endorsed before December 8, 2004, no refund is due the homeowner after the end of the seventh year of insurance. For any FHA-insured loans closed on or after January 1, 2001 and endorsed before December 8, 2004, no refund is due the homeowner after the fifth year of insurance.
- ➢ For FHA-insured loans endorsed on or after December 8, 2004, no refund is due the homeowner unless they refinanced to a new FHA-insured loan, and no refund is due these homeowners after the third year of insurance.

**How are Refunds Processed:**
- ➢ Your mortgage company notifies HUD of the termination of the FHA mortgage insurance for your loan.
- ➢ If you are eligible for a refund, HUD will either request that the U.S. Department of the Treasury (Treasury) issue a check directly to you or send you an Application for Premium Refund or Distributive Share Payment (form HUD-27050-B) so that you can provide HUD with additional information about your case.
- ➢ If you receive a form HUD-27050-B, please read and complete the application carefully, sign it, have it notarized, and return it to HUD along with proof that you were the owner of the property at the time that the insurance was terminated.
- ➢ After HUD receives your completed form HUD-27050-B and the necessary supporting documentation, this information will be carefully reviewed. Upon completion of this review, HUD will either request that Treasury issue a check directly to you or request additional information from you.

**How to Follow Up:**

If you do not receive a refund check or an application for refund within 45 days after you have paid off your loan, check with your mortgage company to confirm that they have sent HUD a request to terminate the mortgage insurance on your loan. If they confirm that the correct termination information was sent, contact HUD. If you do not receive a refund or any other documentation from HUD within 120 days after the date you mailed your application, contact HUD immediately.

**How to Contact HUD:**
- ➢ Phone: 1-800-697-6967, 9:00 AM to 6:00 PM Eastern Standard Time, Monday through Friday
- ➢ Mail: U.S. Department of Housing and Urban Development, P.O. Box 44372, Washington, DC 20026-4372

  **NOTE:** All inquiries should include your name, your FHA case number, the date that the mortgage was paid-in-full, the property address, and your daytime phone number.

**Si usted habla español y tiene dificultad leyendo o hablando ingles,
por favor, llame usted a este number telefonico 1-800-697-6967**



500 N State College Blvd, Ste 1030, 1300 and 1400
Orange, CA 92868
1-800-561-4567

## Mortgage Mailing Address Change Form

Current Mailing Address:

Loan Numb █████████
Mortgagor: █████████ D
Co-Mortgagor:

1065 LAKESHORE DRIVE
LAKE ARIEL          PA 18436

Property:          1065 LAKE SHORE DR
                   LAKE ARIEL          PA 18436

We will need your most current address to send any remaining escrow balance and/or the year-end interest statement, if applicable.  If your mailing address has changed, please fill out this form and send it to:

**Mail:**   CARRINGTON MORTGAGE SERVICES, LLC
            500 N State College Blvd, Ste 1030, 1300 and 1400
            Orange, CA 92868

**Fax**:   1-800-486-5134

You may also update your mailing address using the website www.carringtonmortgage.com or by calling Customer Service at 1-800-561-4567, Monday to Friday, 8:00 AM to 9:00 PM, Eastern Time. Please call us for any additional changes.

**New Mailing Address**: _____

_____

**City**: _____ **State**: _____ **Zip**: _____

**Customer Requesting Change (Print Name)**: _____

**Customer Signature**: _____ **Date**: _____

Please be advised, a payoff surplus check (if applicable) will be issued payable to the Mortgagor and Co-Mortgagor listed at the top of this page.  If you believe a check should not be made payable to the Mortgagor(s) listed above, please contact CARRINGTON MORTGAGE SERVICES, LLC once the payoff funds have been received to determine (a) if a payoff surplus check will be issued, and (b) what documents may be required to change who the applicable surplus check will be payable to.  You may contact our Customer Service at 1-800-561-4567, Monday to Friday, 8:00 AM to 9:00 PM, Eastern Time.

CARRINGTON MORTGAGE SERVICES, LLC

# IMPORTANT DISCLOSURES

**VERBAL INQUIRIES & COMPLAINTS-**
For verbal inquiries and complaints about your mortgage loan, please contact the CUSTOMER SERVICE DEPARTMENT for Carrington Mortgage Services, LLC, by calling (800) 561-4567. The CUSTOMER SERVICE DEPARTMENT for Carrington Mortgage Services, LLC is toll free and you may call from 8:00 a.m. to 9:00 p.m. Eastern Time, Monday through Friday. You may also visit our website at www.carringtonmortgage.com/.

**IMPORTANT BANKRUPTCY NOTICE-**
If you have been discharged from personal liability on the mortgage because of bankruptcy proceedings and have not reaffirmed the mortgage, or if you are the subject of a pending bankruptcy proceeding, this letter is not an attempt to collect a debt from you but merely provides informational notice regarding the status of the loan. If you are represented by an attorney with respect to your mortgage, please forward this document to your attorney.

**CREDIT REPORTING AND DIRECT DISPUTES-**
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. If you have concerns regarding the accuracy of any information contained in a consumer report pertaining to this account, you may send a direct dispute to Carrington Mortgage Services, LLC by fax to (800) 486-5134 or in writing to Carrington Mortgage Services, LLC, and Attention: Customer Service, P.O. Box 5001, Westfield, IN 46074. Please include your loan number on all pages of the correspondence.

**MINI MIRANDA-**
This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.

**HUD COUNSELOR INFORMATION-**
If you would like counseling or assistance, you may obtain a list of HUD-approved homeownership counselors or counseling organizations in your area by calling the HUD nationwide toll-free telephone number at (800) 569-4287 or toll-free TTY (800) 877-8339, or by going to https://www.hud.gov/contactus#gethelp. You can also contact the CFPB at (855) 411-2372, or by going to www.consumerfinance.gov/find-a-housing-counselor.

**EQUAL CREDIT OPPORTUNITY ACT NOTICE-**
The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, or age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has, in good faith, exercised any right under the Consumer Credit Protection Act. The Federal Agency that administers Carrington Mortgage Services, LLC's compliance with this law is the Federal Trade Commission, Consumer Response Center, 600 Pennsylvania Avenue NW, Washington, DC 20580, Telephone Number: (877) 382-4357.

**SCRA DISCLOSURE-**

**MILITARY PERSONNEL/ SERVICEMEMBERS:**
If you or your spouse is a member of the military, please contact us immediately.
The federal Servicemembers Civil Relief Act and comparable state laws afford significant protections and benefits to eligible military service personnel, including protections from foreclosure as well as interest rate relief. For additional information and to determine eligibility please contact our Military Assistance Team toll free at (888) 267-5474.

**NOTICES OF ERROR AND INFORMATION REQUESTS, QUALIFIED WRITTEN REQUESTS (QWR)-**
Written complaints and inquiries classified as Notices of Error and Information Requests or QWRs must be submitted to Carrington Mortgage Services, LLC by fax to (800) 486-5134, or in writing to Carrington Mortgage Services, LLC, and Attention: Customer Service, P.O. Box 5001, Westfield, IN 46074. Please include your loan number on all pages of the correspondence. You have the right to request documents we relied upon in reaching our determination. You may request such documents or receive further assistance by contacting the Customer Service Department for Carrington Mortgage Services, LLC toll free at (800) 561-4567, Monday through Friday, 8:00 a.m. to 9:00 p.m. Eastern Time. You may also visit our website at www.carringtonmortgage.com/.

Rev. 10/27/2025

# IMPORTANT DISCLOSURES

## CALIFORNIA:
Carrington Mortgage Services, LLC is licensed by the Department of Financial Protection and Innovation under the California Residential Mortgage Lending Act, File No. 413 0904.

## COLORADO Residents Only:
7200 S. Alton Way, Ste B180, Centennial, CO 80112, (303) 708-8795

## HAWAII Residents Only:
**Carrington Mortgage Services, LLC is licensed with the State of Hawaii Division of Financial Institutions. You may file complaints about Carrington Mortgage Services, LLC with the Commissioner of Financial Institutions by calling (808) 586-2820 or visiting the division's website for consumer complaints at http://cca.hawaii.gov/dfi/file-a-complaint/. For a list of standard or common loan servicing fees charged by Carrington Mortgage Services, LLC, please visit the website at www.carringtonmortgage.com/schedule-of-fees.**

## MASSACHUSETTS:
**NOTICE OF IMPORTANT RIGHTS YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE CREDITOR.**

## NEW YORK:
New York City Department of Consumer Affairs Debt Collection Agency License Numbers: 1264739-DCA; 2101449-DCA; 2027784-DCA; & 2027786-DCA. This Collection agency is licensed by the City of Buffalo license numbers: CAG11-555177; CAG11-555176; CAG15-10033598 & CAG21-10059681.City of Yonkers Debt Collection Agency License Numbers: 9717; 10562; 9837 & 9826

## For New York Residents Only:
You may file complaints about Carrington Mortgage Services, LLC with the New York State Department of Financial Services. You may obtain further information from the New York State Department of Financial Services about the availability of housing counseling services by calling the Department's Consumer Assistance Unit at (800) 342-3736 or by visiting the Department's website at www.dfs.ny.gov.
Carrington Mortgage Services, LLC is registered with the Superintendent of the New York State Department of Financial Services. Carrington Mortgage Services, LLC remains responsible for all actions taken by third-party service providers authorized by Carrington Mortgage Services, LLC to act on its behalf regarding the servicing of your loan.

## NORTH CAROLINA:
Carrington Mortgage Services, LLC is licensed under North Carolina Secure and Fair Enforcement Mortgage Licensing Act and holds North Carolina Collection Agency Licenses: Main Office: 500 N State College Blvd, Ste 1030, 1300 and 1400, Orange, CA 92868 – **Permit Company # 119503179** / Branch Offices: 19800 East Street, Suite 200, Westfield, IN 46074 – **Permit Company # 119503980**; 6200 Tennyson Parkway, Suite 110-B, Plano, TX 75024 – **Permit Company # 119506645** & 800 Crescent Centre Drive, Suite 300, Franklin, TN 37067 – **Permit Company # 516535120.**

## OREGON:
Borrowers: The Oregon Division of Financial Regulation (DFR) oversees residential mortgage loan servicers who are responsible for servicing residential mortgage loans in connection with real property located in Oregon and persons required to have a license to service residential mortgage loans in this state. If you have questions regarding your residential mortgage loan, please contact Carrington Mortgage Services, LLC toll-free at (800) 561-4567. To file a complaint about unlawful conduct by an Oregon licensee or a person required to have an Oregon license, call DFR at (888) 877-4894 or visit http://dfr.oregon.gov.

## TEXAS:
**TEXAS RESIDENTS: CONSUMERS WISHING TO FILE A COMPLAINT AGAINST A MORTGAGE BANKER OR RESIDENTIAL MORTGAGE LOAN ORIGINATOR LICENSED IN TEXAS SHOULD SEND A COMPLETED COMPLAINT FORM TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING (SML): 2601 N. LAMAR BLVD., SUITE 201, AUSTIN, TEXAS 78705; TEL: 1-877-276-5550. INFORMATION AND FORMS ARE AVAILABLE ON SML'S WEBSITE: SML.TEXAS.GOV.**

Rev. 12/04/2025

```
CARRINGTON MORTGAGE SERVICES    -680                                    06/05/26
500 NORTH STATE COLLEGE BOULEVARD
SUITES 1030, 1300 AND 1400
ORANGE            CA
          92868
```

|  | 1065 LAKE SHORE DR |
| --- | --- |
| CONVENTIONAL | LAKE ARIEL        PA 18436 |

```
        CMS -  ███████████████████    JEFFREY WARD
        FRANK  ███████████████████    1065 LAKESHORE DRIVE

                                      LAKE ARIEL        PA 18436
```

| FEE | EXP | DATE | DESCRIPTION | FEE | REM |
| --- | --- | --- | --- | --- | --- |
| TYPE | CODE | ASSESSED | | AMOUNT | BALANCE |

```
TOTAL FEES DUE                                                    0.00
```